

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2014

No. 04-14-00046-CV

**IN THE ESTATE OF MARIA F. HERNANDEZ, DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013-PC-1030
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The appellant's second motion for extension of time to file brief is hereby GRANTED.
Time is extended to May 30, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 12th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court